NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**EXELIXIS, INC.,**

*Plaintiff-Cross-Appellant*

v.

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**

*Defendants-Appellants*

———————————————

2025-1236, 2025-1241

———————————————

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00228-RGA, 1:22-cv-00945-RGA, Judge Richard G. Andrews.

———————————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) Exelixis, Inc.'s cross-appeal, 2025-1241, is DISMISSED under Fed. R. App. P. 42 (b).

2        EXELIXIS, INC. V. MSN LABORATORIES PRIVATE LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE** (as to 2025-1241 only):

June 10, 2025